UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**CHARLES DANIELS, Jr.,**

        Plaintiff,

  -vs-

                                    Case No. 13-C-489

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

        Defendant.

---

## DECISION AND ORDER

---

On May 10, 2013, the Court issued an order dismissing Charles Daniels' social security appeal because it was barred by the doctrine of claim preclusion and also because it was untimely. A few days later, Daniels filed a letter asking the Court to reconsider. To reiterate, Daniels already appealed the denial of benefits and lost. *Daniels v. Astrue*, Case No. 12-C-958-LA (E.D. Wis.). Daniels insists, like he did in his complaint, that he would have won if he had provided certain documents. Newly-discovered evidence is an exception to claim preclusion if the evidence was either fraudulently concealed or it could not have been discovered with due diligence, *see e.g. L-Tec Elec. Corp. v. Cougar Elec. Org., Inc.*, 198 F.3d 85, 88 (2d Cir. 1999), but Daniels' filings suggests that his "evidence" is not newly-discovered. In any event, the administrative process ran its course and the time for appeal to the district court has long since passed.

Daniels' motion to reconsider [ECF No. 6] is **DENIED**.

Dated at Milwaukee, Wisconsin, this 20th day of May, 2013.

BY THE COURT:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**